IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN LEE AKERS,<br>Petitioner<br><br>vs.<br><br>SUPERINTENDENT DAVID<br>DIGUGLIELMO, et al.; THE<br>DISTRICT ATTORNEY OF THE<br>COUNTY OF ALLEGHENY COUNTY;<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>Respondents | Civil Action No. 08-1686<br>Judge David Stewart Cercone/<br>Magistrate Judge Amy Reynolds Hay |

**ORDER**

AND NOW, this  day of _April_ , 2009, after the Petitioner, Marvin Lee Akers, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until April 17, 2009, to file written objections thereto, and Petitioner's copies of the Report and Recommendation having been returned by his last two known addresses (SCI Graterford and Renewal Center) and no objections having been filed by Respondents, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus [Dkt. 1] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Marvin Lee Akers
BW-8375
SCI Graterford
P.O. Box 244
Graterford, PA 19426-0244

All Counsel of Record by electronic filing